Matter of Susan L. v Alexandra L. (2025 NY Slip Op 00828)

Matter of Susan L. v Alexandra L.

2025 NY Slip Op 00828

Decided on February 13, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 13, 2025

Before: Webber, J.P., Kennedy, Friedman, Mendez, Rodriguez, JJ. 

 Dkt. No. 0-01324/24 File No. 323182 Appeal No. 3683 Case No. 2024-315 

[*1]In the Matter of Susan L., Petitioner Respondent, 
v
Alexandra L., Respondent-Appellant.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Amanda G. Katz, Referee), entered on or about May 14, 2024,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated January 22, 2025,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: February 13, 2025